**FILED**

**NOT FOR PUBLICATION**

DEC 08 2008

UNITED STATES COURT OF APPEALS

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| EVANGELINA MENDEZ; ANGEL MENDEZ, Plaintiffs, and ARTURO JORGE GONZALEZ, Appellant, v. COUNTY OF SAN BERNADINO; SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT; CITY OF HESPERIA; JAMES MARTINEZ; ROD MEDLEY; MARION BROWNE; CESAR REYES, Defendants - Appellees. | No. 05-56118 D.C. No. CV-04-07131-GPS ORDER |
| EVANGELINA MENDEZ; ANGEL MENDEZ, Plaintiffs - Appellants, and JOSE MENDEZ; TIFFANY AUTREY, Plaintiffs, | No. 06-56424 D.C. No. CV-04-07131-GPS |

|   |   |
|---|---|
| v.<br><br>COUNTY OF SAN BERNADINO; SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT; CITY OF HESPERIA; JAMES MARTINEZ; ROD MEDLEY; MARION BROWNE; CESAR REYES; STEVEN LAWYER,<br><br>        Defendants - Appellees. |   |
| EVANGELINA MENDEZ; ANGEL MENDEZ,<br><br>        Plaintiffs - Appellants,<br><br>  and<br><br>ARTURO JORGE GONZALEZ,<br><br>        Appellant,<br><br>  v.<br><br>COUNTY OF SAN BERNADINO; SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT; CITY OF HESPERIA; JAMES MARTINEZ; ROD MEDLEY; MARION BROWNE; CESAR REYES,<br><br>        Defendants - Appellees. | No. 07-56029<br><br>D.C. No. CV-04-07131-GPS |

Before: TROTT, HAWKINS and FISHER, Circuit Judges.

The motion for attorneys' fees incurred on appeal, filed October 24, 2008, is **DENIED.**